IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SPECTRUM BRANDS, INC. | ) CASE NO. 1:18-cv-00708-MRB |
| Plaintiff, | ) |
| | ) JUDGE MICHAEL R. BARRETT |
| v. | ) |
| | ) **STIPULATED ORDER OF** |
| JONATHAN BEGG, ET AL. | ) **INJUNCTION AND DISMISSAL, WITH** |
| | ) **PREJUDICE** |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED, by and between the parties, that the Court may enter the following Order:

IT IS ORDERED, ADJUDGED AND DECREED that:

1. Defendant Jonathan Begg ("Begg") is enjoined from: (a) using or disclosing Spectrum Brands, Inc.'s ("Spectrum") trade secrets and confidential business information; (b) for a period of six months from the date of Begg's resignation from Spectrum on September 14, 2018 (the "Begg Restricted Time Period"), disclosing any of Spectrum's information; (c) during the Begg Restricted Time Period, engaging in any work activities on behalf of The Hillman Group, Inc. involving the currently pending door and home line review for Lowe's Companies, Inc. ("Lowe's"), including without limitation engaging or participating in any preparations for the door and home line review for Lowe's; and (d) during the Begg Restricted Time Period, disclosing any Spectrum information or having contact with Tengyu, D&D, Wellsco, Packwell, Jinrui, Hante, and Quingdao Hardware.

2. Defendant Brock Slusser ("Slusser") is enjoined from: (a) using or disclosing Spectrum's trade secrets and confidential business information; (b) for a period of seven months from the date of Slusser's resignation from Spectrum on August 17, 2018 (the "Slusser Restricted Time Period"), performing any work on behalf of The Hillman Group, Inc. involving

builders hardware products in the following states: Texas, South Dakota, North Dakota, Arkansas, Kansas, Missouri, and Nebraska (the "Slusser Restricted Territory"); and (c) soliciting or otherwise engaging in any activities involving builders hardware products with respect to any Spectrum customer for which Slusser had any sales responsibility or oversight as Regional Sales Manager for Spectrum in the Slusser Restricted Territory during the Slusser Restricted Time Period.

3. This matter is hereby dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated this 7th day of December, 2018.

*/s/ Michael R. Barrett*
UNITED STATES DISTRICT JUDGE
MICHAEL R. BARRETT

STIPULATED AND AGREED:

/s/ Deborah S. Brenneman
Deborah S. Brenneman (0062113)
George B. Musekamp (0087060)
THOMPSON HINE LLP
312 Walnut Street
Suite 1400
Cincinnati, OH 45202
Tel:   513.352.6700
Fax:   513.241.4771
E-mail: debbie.brenneman@thompsonhine.com
         george.musekamp@thompsonhine.com

*Attorneys for Defendants*

/s/ Thomas R. Simmons
Thomas R. Simmons (0062422)
Christine M. Snyder (0086788)
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
Tel:   216.592.5000
Fax:   216.592.5009
E-mail: thomas.simmons@tuckerellis.com
         christine.snyder@tuckerellis.com

*Attorneys for Plaintiff Spectrum Brands, Inc.*